UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| JALEESIA GRANT, | : | 26-cv-5295 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | | |
| | : | |
| MOOOI B.V., et al., | | |
| | : | |
| Defendants. | | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received the parties' letter dated September 9, 2026 [ECF Doc. No. 16],

IT IS HEREBY ORDERED that:

1. Discovery in this action is stayed until determination of the pending motion to dismiss the complaint; and

2. The initial pretrial conference scheduled for September 15, 2026, is adjourned *sine die.*

Dated: New York, New York
September 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.