UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| JALESSIA GRANT, | : | 26-cv-5295 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -against- | : | |
| MOOI B.V., et al., | : | |
| Defendants. | | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the amended complaint filed on September 30, 2026 [Doc. No. 10],

IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss the complaint [Doc. No. 14] is dismissed as moot. The Clerk of Court is directed to terminate that motion; and

2. There will be an initial pretrial conference in this case via MS Teams, on Thursday, October 15, at 11:00 a.m. The link to the MS Teams conference will be emailed to counsel.

Dated: New York, New York
October 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.