**MEMO ENDORSED**

SEDHOM
LAW GROUP PLLC
A BESPOKE LAW FIRM®

630 Fifth Avenue
Suite 2508
New York, NY 10111
TEL: (212) 664-1600
FAX: (212) 563-9280
www.bespokelawfirm.com

Rania V. Sedhom, Member
Samuel A. Rubert, Of Counsel
Matthew J. Scott, Senior Associate
Oyinkansola J. Akinbolagbe, Associate
Kristen Morrill, Associate

10/9/26 Initial pretrial conference is adjourned to November 2 at 2 p.m.
So Ordered.
Sidney H Stein
USDJ.

October 9, 2026

Via ECF
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Jalessia Grant v. Moooi B.V., et al., Case No. 1:26-cv-05295-SHS***

Dear Judge Stein:

Defendants Moooi USA Inc., Moooi B.V. (collectively, "Moooi" or "Company"), Joshua Muenzenmayer ("Muenzenmayer"), and Karin van Brakel ("van Brakel"), by and through undersigned counsel, respectfully submit this letter motion, pursuant to Federal Rule of Civil Procedure 16, requesting that the Court adjourn the Initial Conference currently scheduled before this Court on Thursday, October 15, 2026 at 11:00 a.m.

This is Defendants' second request seeking the adjournment of a pre-trial conference. After submitting a Motion to Dismiss Plaintiff's Complaint on September 8, 2026 (ECF No. 14), Defendants submitted a Letter Motion requesting the adjournment of the then-scheduled conference and stay of discovery pending the resolution of Defendants' Motion to Dismiss (ECF No. 16). On September 30, 2026, Plaintiff filed an Amended Complaint (ECF No. 19). The Court therefore denied Defendants' Motion to Dismiss as moot on October 8, 2026 and scheduled an Initial Pre-Trial Conference for Thursday, October 15, 2026 at 11:00 a.m. (ECF No. 20).

Defendants' Counsel is travelling internationally between October 10-17, 2026 and will be unavailable to appear or participate in the Initial Conference as currently scheduled. Additionally, Defendants are currently preparing a Motion to Dismiss, seeking the dismissal of Plaintiff's Amended Complaint in its entirety, with prejudice, under Federal Rule of Civil Procedure 12(b)(6), which will be submitted on or before Tuesday, October 13, 2026. Defendants therefore respectfully request that the Court adjourn the Initial Conference. Plaintiff consents to Defendants' request.

Counsel for Defendants and Plaintiff have conferred and are generally available during the last two weeks of October, beginning Monday, October 19, 2026, with the exceptions of Wednesday, October 21, 2026 and Wednesday, October 28, 2026.

We thank the Court for its time and consideration.

Respectfully submitted,

**SEDHOM LAW GROUP, PLLC**

By: Rania V. Sedhom

Rania V. Sedhom (RS5439)
Managing Member
*Attorney for Defendants*

cc: Taylor Crabill, *Attorney for Plaintiff*