UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| JALESSIA GRANT, | : | 26-cv-5295 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| MOOOI USA, INC., et al., | : | |
| Defendants. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The initial pretrial conference having been held today by telephone, with counsel for all parties participating,

IT IS HEREBY ORDERED that discovery is stayed during the pendency of defendants' motion to dismiss the amended complaint.

Dated: New York, New York
November 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.